No. 90–114. CONSOLIDATION COAL CO. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DE-

PARTMENT OF LABOR, ET AL., 501 U. S. 680. Motion of respondent Albert C. Dayton for award of attorney's fees denied without prejudice to refiling in the United States Court of Appeals for the Fourth Circuit. JUSTICE KENNEDY and JUSTICE THOMAS took no part in the consideration or decision of this motion.